STATE BOARD OF MEDICAL EXAMINERS OF NEW JER-
SEY, PLAINTIFF, v. ELIZABETH DUSSINGER, DE-
FENDANT.

Submitted February 2, 1931—Decided April 9, 1931.

Before Justices PARKER, CAMPBELL and BODINE.

For the plaintiff, *William A. Stevens,* attorney-general.

For the defendant, *Maclyn S. Goldman.*

PER CURIAM.

The writ of *certiorari* in this case brings up for review a determination of the First District Court of the city of Newark, that the defendant had not violated section 10 of an act to regulate the practice of medicine. *Pamph. L.* 1894, *p.* 454, as amended.

The District Court judge found that there were no electrical treatments given. The signs displayed indicated that the place was a gymnasium where baths and massage were given. The devices employed were baths, heat, massage and an electrical vibrator, together with heat from a sun ray lamp.

After carefully examining the whole record, we reach the conclusion that the evidence supports the findings of the court below.

The writ will, therefore, be dismissed.